UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHANNON BREAUX ET AL. | CIVIL ACTION |
| VERSUS | NO: 04-1636 C/W<br>05-0896 AND 05-0897 |
| HALLIBURTON ENERGY<br>SERVICES, INC. ET AL. | SECTION: "S" (4) |

## ORDER

IT IS HEREBY ORDERED that Transocean Offshore Deepwater Drilling, Inc.'s unopposed motion for summary judgment is **GRANTED**, and the claims against Transocean Offshore are **DISMISSED.** (Document #260.) Transocean's ownership of the drilling vessel, Discovery Spirit, does not support any theory of liability against Transocean.

IT IS FURTHER ORDERED that Unocal Corporation's unopposed motion for summary judgment is **GRANTED**, and the claims against Unocal are **DISMISSED**. (Document #261.) Under established maritime law, Unocal's sole role of contracting with Era Aviation, Inc. for performing helicopter services does not subject Unocal to liability.

New Orleans, Louisiana, this  29th  day of September, 2006.

_____
**MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE**