UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHANNON BREAUX, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO:     04-1636 c/w**<br>           **05-0896,  05-0897** |
| **HALIBURTON ENERGY SERVICES, ET AL** | **SECTION: "S" (4)** |

## ORDER

Before the Court is a **Consolidated Motion to Quash (doc. # 298)** filed by a defendant, Era Aviation, Inc., seeking an order from this Court quashing a 30(b)(6) deposition noticed for October 17, 2006.

The motion was heard by expedited hearing on October 16, 2006.

## I.      Factual and Procedural Background

This litigation arises from a helicopter accident that occurred on March 23, 2004 when a helicopter transporting eight passengers and two crew members left Galveston, Texas for an offshore drilling ship located approximately 130 miles off the Texas coast. The helicopter was operated by Era. During its flight, the helicopter disappeared and the wreckage was found three days later approximately 60 miles off the Texas shore.

The plaintiff's husband, Tyler Breaux, was a passenger aboard the helicopter. The plaintiff, Shannon Breaux, filed an action in Civil District Court in Orleans Parish against Era, her husband's

employer Haliburton, and others. That action was removed to this Court on diversity grounds, and later consolidated with two other actions filed by family members of those aboard the helicopter.

On March 24, 2005, Era filed a third party complaint against Keystone contending that Keystone improperly and negligently assembled, modified, and or sold the Electronic Flight Information System and Dual Digital Automatic Flight Control System ("EFIS/DDAFS") installed on the aircraft at the time of the accident. Era seeks indemnity and contribution for all liability arising from the accident, along with the loss of the aircraft.

On September 22, 2006, Keystone, Sikorsky Aircraft Corporation, and United Technologies Corporation served a 30(b)(6) notice on Era consisting of 108 areas of inquiry by Keystone and 19 areas of inquiry by Sikorsky. On October 2, 2006, Honeywell served an additional 30(b)(6) notice on Era consisting of 43 areas of inquiry. On October 12, 2006, Era filed the subject motion to quash.

**II.     Analysis**

During the hearing on this matter, Era informed the Court that prior to the hearing it had reached agreements with all parties except for Keystone about the areas of inquiry for the 30(b)(6) deposition. Thus, its motion was moot as to those parties.

Keystone then informed the Court that it had filed an opposition motion detailing a list of only 28 areas of inquiry as opposed to its earlier request of 108 topics. However, at the time of the hearing, the motion was not yet in the record. The Court then requested that counsel confer and reach an agreement about an acceptable scope of inquiry.

The parties then informed the Court that Keystone agreed to withdraw its notice and re-notice the deposition to include 25 areas of inquiry, and therefore the pending motion to quash was moot. The parties agreed that Keystone would re-notice Era's 30(b)(6) deposition for November

13, 14, and 15.

Accordingly,

**IT IS ORDERED THAT** Era's **Consolidated Motion to Quash (doc. # 298)** is **DENIED as MOOT**.

**IT IS FURTHER ORDERED THAT** Era's 30(b)(6) deposition is scheduled for November 13, 14, and 15, 2006.

New Orleans, Louisiana, this 17th day of October 2006.

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**