UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHANNON BREAUX ET AL. | CIVIL ACTION |
| VERSUS | NO:  04-1636 |
| HALLIBURTON ENERGY SERVICES, INC. ET AL. | SECTION: "S" (4) |

## ORDER

**IT IS HEREBY ORDERED** that the motion for summary judgment of Sikorsy Aircraft Corporation and United Technologies Corporation is **GRANTED IN PART** and **DENIED IN PART**.  (Document #274.)

The motion for summary judgment is **GRANTED** as to any claims that arise pursuant to the Model S-76 aircraft and its original components, which were delivered on December 19, 1984.  The 18-year statute of repose of the General Aviation Revitalization Act, 49 U.S.C. § 40101 (GARA), precludes prosecution of any cause of action against the manufacturer more than 18 years after the aircraft or components were delivered.

The motion for summary judgment is **DENIED** as to claims based on the design of computers manufactured by Honeywell International, Inc. and installed on the aircraft in 1998. There are disputed issues of material fact regarding Sikorsky's role in the design of the

computers, the characterization of the components as "new," and whether the new components were the proximate cause of the accident that preclude summary judgment.

New Orleans, Louisiana, this  19th  day of January, 2007.

_____
**MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE**