UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHANNON BREAUX ET AL. | CIVIL ACTION |
| VERSUS | NO: 04-1636 |
| HALLIBURTON ENERGY SERVICES, INC. ET AL. | SECTION: "S" (4) |

## ORDER

**IT IS HEREBY ORDERED** that Halliburton Energy Services' motion to alter or amend this court's Order and Reasons of December 2, 2009, pursuant to Federal Rule of Civil Procedure 59(e), is **DENIED**. (Document #578.)

**IT IS FURTHER ORDERED** that the "Motion to Alter or Amend Order and Reasons" of Era Aviation, Inc. and Rowan Companies, Inc. is **GRANTED**. (Document #580.) The excess policy procured by Halliburton pays for losses of Era and Rowan exceeding $100,000,000. Because the losses are less than $100,000,000, Halliburton has effectively failed to provide Era and Rowan with excess insurance coverage.

Accordingly, **IT IS HEREBY ORDERED** that the Order and Reasons of December 2, 2009, is **AMENDED** as follows:

**IT IS HEREBY ORDERED** that Halliburton Energy Services, Inc.'s "Motion for

Summary Judgment" on the issue of coverage under the Excess Policy is **DENIED**. (Document #567.) Halliburton did not name Era and Rowan as additional insureds on an Excess Policy that provides coverage for losses over $1,000,000 but less that $100,000,000, as required by the Rowan/Halliburton Agreement.[1]

New Orleans, Louisiana, this  26th  day of February, 2010.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

---

[1] Era and Rowan recognize that the issue whether Era and Rowan Halliburton breached its contractual obligation is not properly before this court. They state that they may file a motion for summary judgment addressing the issue.